

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Quad Intl' Incorporated,　　　　　　　Case No.　　1:12cv1263
　　　　　　　　　　　　　　　　　　　　　　　　　1:12cv1264 ✓
　　　　Plaintiff,
v.

JOHN DOE,

　　　　Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Defendant in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: January 17, 2013

　　　　　　　　　　　　　　　　　　　By: /s/ Timothy V. Anderson
　　　　　　　　　　　　　　　　　　　Timothy V. Anderson
　　　　　　　　　　　　　　　　　　　Anderson & Associates, PC
　　　　　　　　　　　　　　　　　　　2492 North Landing Rd Ste 104
　　　　　　　　　　　　　　　　　　　Virginia Beach, VA 23456
　　　　　　　　　　　　　　　　　　　757-301-3636 Tel
　　　　　　　　　　　　　　　　　　　757-301-3640 Fax
　　　　　　　　　　　　　　　　　　　timanderson@virginialawoffice.com

So Ordered

/s/ [signature] 1/31/13
Leonie M. Brinkema
United States District Judge